IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY D. EASLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SAN BENITO, SAN BENITO SHERIFF'S DEPARTMENT, RAMON MENDOZA, DEPUTY JUREVICH, and CURTIS J. HILL,<br><br>　　　　Defendants. | No. C 09-5755 LHK (PR)<br><br>JUDGMENT |

　　　The Court dismisses this action without prejudice. A judgment is entered accordingly. The Clerk shall close the file.

　　　IT IS SO ORDERED.

DATED:　12/6/2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\CR.09\Easley755jud.wpd